(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Homer D. Cobb

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States, State of Georgia, Cobb, ACA,

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

**RECEIVED**

APR 2 2 2019

U.S. DISTRICT COURT
COLUMBUS DIVISION

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Homer Douglas Cobb IV
Street Address — 570 Lee Rd 220
City and County — Phenix City, AL 36870  Lee
State and Zip Code
Telephone Number — (334) 560-6595
E-mail Address — Cobbreddg2000At Gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

President Donald J. Trump, Michael R. Pence, Vice President
Gretchen Corbin CEO, Brian P. Kemp Governor,
Hay Dely, Governor,

(9/16) Complaint for a Civil Case

Defendant No. 1
  Name                          Donald J. Trump
  Job or Title (if known)       President of United States
  Street Address                1600 Pennsylvaina Ave. NW,
  City and County               District of Colub
  State and Zip Code            20500
  Telephone Number              (202) 456-1414
  E-mail Address (if known)     Donald J. Trump At White House.

Defendant No. 2
  Name                          Brian P. Kemp
  Job or Title (if known)       Governor State of Georgia
  Street Address                203 State Capital
  City and County
  State and Zip Code            Atlanta, GA. 30354
  Telephone Number              (404) 656-1776
  E-mail Address (if known)     GA state Governer at. Gov.

Defendant No. 3
  Name                          Gretchen Corbin
  Job or Title (if known)       State Lottery LCC. CEO.
  Street Address                250 Williams Street Suite 3600
  City and County               Atlanta, GA. 30303
  State and Zip Code
  Telephone Number              (404) 215-5000
  E-mail Address (if known)     GA Lottery, Com

Defendant No. 4
  Name                          Mike R. Pence vise President United States
  Job or Title (if known)
  Street Address                1600 Pennsylvaina Ave. NW
  City and County
  State and Zip Code            Washington DC. 20500
  Telephone Number              (202) 456-1414
  E-mail Address (if known)     The White House At. Gov.

Defendant No. 5  Kay Ivy
              Goronor State ACA.
              600 Dexter Ave
              Montgomery, AL. 36130
              Resondent for Information.

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Does The Governmet OWN The LAW OR Does The People Does The Governmet work for The People are Does The People work for The Governmet. Does Mr. Cobb Have A Legal Contract See Back Sherman Act. why RMW Cobb State Him a 50/50 or 60/40 Lottery.*

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff. *(name)* _____ . is a citizen of the State of *(name)* _____ .

   b.     If the plaintiff is a corporation

   The plaintiff. *(name)* _____ . is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____ .

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant. *(name)* _____ . is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

(9/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant. *(name)* _____ . is incorporated under

        the laws of the State of *(name)* _____ . and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ .

        and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

    The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $100, Trillion Dollars
_____
_____

## III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The United States Government is in
_____
_____
_____

## IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Georgia State Lottery Stop #1 Computer that Running to Stop Changing Player's Number from Play Slips And go with Ball to Pick winning Number Untle June 30, 2019 + Pay Mr. Cobb #1. Million Dollars. ② Mike Pence Resign and President Trump Appoint IVANKA Trump as VP or Put HER on ticket 2020. President Trump Need To Fire Chris WRAY and half of The Dep. of Justis Attorneys. Find The Clab-K's in AMERICA and This will SAVE Mr. Cobb's Life & Liberty. Recall Marshall Law if Need Be and Leme Beline Veto send it BACK with what Needs to go-like No Bills over 200 pages. AND UNseal. Give Mr. Cobb A New Contract AND Give Him The List of Law Enforcement That is Studging Him now. APPoint JAY JONE Life Time Lee County Sheriff. are A Two DAY Jury Trial on Theweekend Jury Pool of 36 Persons And Mr. Cobb willget Justice

(9/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys – *Esquire /*

Date of signing:    *04/22/2019*

Signature of Attorney    *Homer Douglas Cobb, IV (Esquire)*

Printed Name of Attorney

Bar Number    *EF275457 - 19911993 – Contract. No.*

Name of Law Firm

Street Address    *375 Lee Rd. 220*

State and Zip Code    *Phenix City, AL. 36870*

Telephone Number    *(334) 560-6593*

E-mail Address    *@ HomeCobbAtTheUnited States of America. Com*
    *@ CCobbRddy At AoL. com*

## CERTIFICATE OF SERVICE

I, **Homer Douglas Cobb, IV**, Certify that I have severed a true Copy of the
Class Action Legal Brief and placed a Subpoena Waver with Returned Address
Envelop to all parties to send back to the Federal Meddle District Court Clerk's Office
Postage has been paid and after retinue is Proof of the Notice of the Law sue with a
Copy of the Complaint it was served onto,the Hon. Georgia State Attorney General
Christopher M. Carr to his Office at, 40 Capital Square SW, Atlanta, Ga. 30334, his
Phone #-(404) 656-3300, and a Copy on to the Office of Georgia State Governor
Brian P. Kemp at his Address at, 203 State Capitol, Atlanta, Ga.30334, Phone #-(404)
656-1776, and a Copy onto the C.E.O., &President of the Georgia State Lottery
Gretchen Corbin at her Office Address at 250 William-street Suite 3000, Atlanta,
Ga.30303, Phone #-(404) 215-5000, and a Copy onto the Hon. Vice President
Micheal R. Pence at his Office Address at 1600 Pennsylvania Ave, NW, Washington
DC 20500, and a Copy onto, Donald J. Trump at his Address at the White House
located at, 1600 Pennsylvania Ave. NW, Washington DC. 20500, Phone NO: (202)
456-1414, and a Copy on to Alabama State Governor Office Kay Ivy at her office at,
600 Dexter Ave. Montgomery, Al. 36130, Postage Prepaid and Placed into the United
States Postal Service and Mailed from the Post Office located inside the Federal
Middle District of the State of Georgia Courthouse,
**Done this on the 27 day of April, 2019.**

*Homer Douglas Cobb*

Homer Douglas Cobb, IV
370 Lee Road 220
Phenix City, Al. 36870
(334) 560-6595

Notary _____ Date 4/23/2019

JESSICA JOY REED
Notary Public, Georgia
Muscogee County
My Commission Expires
February 05, 2021