IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| HOMER DOUGLAS COBB, IV, | * |
| Plaintiff, | * |
| v. | Case No. 4:19-CV-66-CDL |
| | * |
| DONALD J. TRUMP, MICHAEL R. PENCE, GEORGIA LOTTERY CORPORATION, STATE OF GEORGIA, BRIAN P. KEMP, GRETCHEN CORBIN, STATE OF ALABAMA, and KAY IVY, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 28, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of October, 2019.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk